UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ALMAZO, AYRTON GUERRERO, KELLY LUNA, and EVA LEAL-RUTTEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>44 STREET F&B LLC d/b/a THE LAMBS CLUB, THE GRAND TOUR COLLECTION LLC d/b/a THE LAMBS CLUB, CHRIS MILLER, and JACK LOGUE,<br><br>Defendants. | Civil Action No.: 1:24-cv-00096 (JPO) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' <u>NOTICE OF SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that Plaintiffs Miguel Almazo, Ayrton Guerrero, Kelly Luna, and Eva Leal-Rutten (together, the "Plaintiffs"), on behalf of themselves and the proposed Class, respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for: (i) preliminary approval of Plaintiffs' proposed Settlement with Defendants 44 Street F&B LLC d/b/a The Lambs Club, The Grand Tour Collection LLC d/b/a The Lambs Club, Chris Miller, and Jack Logue; (ii) certification of the proposed Settlement Class; (iii) appointment of Faruqi & Faruqi, LLP as Class Counsel; (iv) approval of Plaintiffs' Proposed Notice of Settlement; (v) approval of Plaintiffs' proposed schedule for final settlement approval and setting a date for a Fairness Hearing; and (vi) appointment of the Settlement Administrator..

This motion is based upon the accompanying Settlement Agreement, the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement,

1

Certification of the Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Notice of Settlement, the Declaration of Innessa M. Huot in support thereof, and all related exhibits.

Dated: April 4, 2025
      New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: /s/ Innessa M. Huot
    Innessa Melamed Huot
    Shawn R. Clark

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*