UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL ALMAZO, AYRTON GUERRERO, KELLY LUNA, and EVA LEAL-RUTTEN, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>44 STREET F&B LLC d/b/a THE LAMBS CLUB, THE GRAND TOUR COLLECTION LLC d/b/a THE LAMBS CLUB, CHRIS MILLER, and JACK LOGUE,<br><br>Defendants. | Civil Action No. 1:24-cv-00096 (JPO) |

**NOTICE OF PLAINTIFFS' UNOPPOSED
MOTION FOR FINAL APPROVAL OF THE SETTLEMENT
AND AWARD OF ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that Plaintiffs Miguel Almazo, Ayrton Guerrero, Kelly Luna, and Eva Leal-Rutten (together, the "Plaintiffs"), on behalf of themselves and the proposed Class, respectfully move this Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure for: (i) final approval of Plaintiffs' Settlement with Defendants 44 Street F&B LLC d/b/a The Lambs Club, The Grand Tour Collection LLC d/b/a The Lambs Club, Chris Miller, and Jack Logue ("Defendants"); (ii) final certification of the Rule 23 Class; (iii) approval of the requested attorneys' fees and costs; and (iv) approval of the requested service awards to Plaintiffs.

In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Final Approval of the Settlement and Award of Attorneys' Fees and Costs, the Declaration of Innessa M. Huot, the Declaration of Shari Lynne Grayson, the Declaration of Miguel Almazo, the Declaration of Ayrton Guerrero, the Declaration of Kelly Luna, the Declaration of Eva Leal-Rutten, the Settlement Agreement, this Court's

1

Preliminary Approval Order, as well as all pleadings, exhibits, records, and documents on file in this case, any matters of which judicial notice may be taken, any oral argument that may be presented, and any such matters the Court deems just and necessary.

    Defendants do not oppose this motion.

    Accordingly, Plaintiffs respectfully request this Court enter the Proposed Order, filed contemporaneously herewith.

Dated: July 23, 2025
       New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
    Innessa Melamed Huot
    Shawn R. Clark

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com
sclark@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*